FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00085-CR
### NO. 02-17-00086-CR
### NO. 02-17-00087-CR

DARNELL HAYNIE AKA DARNELL HANEY

APPELLANT

V.

THE STATE OF TEXAS

STATE

------------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1485870D, 1440818D, 1442689D

------------

## ORDER

------------

On the court's own motion, it is ORDERED that the trial court clerk deliver the originals of Court's Exhibit No. 1 (DVD), State's Exhibit No. 10 (CD), State's Exhibit No. 17 (DVD), State's Exhibit No. 52 (DVD), State's Exhibit No. 53 (DVD), and State's Exhibit No. 54 (DVD) to this court no later than **Thursday, July 5, 2018**.

The exhibits will be returned to the trial court upon issuance of the mandate.

FILE COPY

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court clerk, and the court reporter.

DATED June 28, 2018.

PER CURIAM